1  LAW OFFICE OF
   **JAMES A. WYATT**
2  3575 Sunset Drive
   POST OFFICE BOX 992338
3  REDDING, CA 96099-2338
   (530) 244-6060
4  (530) 244-6069 Facsimile

5  STATE BAR NO. 081128

6  Attorney for Defendants COUNTY
   OF SISKIYOU and SISKIYOU COUNTY
7  BOARD OF SUPERVISORS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

---oo0oo---

| | |
|---|---|
| ROBERT WARD, an individual, | NO. 2:17-cv-00519-JAM-DMC |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANTS' REQUEST THAT REDACTED DOCUMENTS REPLACE PREVIOUSLY FILED DOCUMENTS |
| COUNTY OF SISKIYOU, SISKIYOU COUNTY BOARD OF SUPERVISORS, | |
| Defendants. | Location: Department 6, 14th Floor, U.S. Courthouse, 501 I Street, Sacramento, CA |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants COUNTY OF SISKIYOU and SISKIYOU COUNTY BOARD OF SUPERVISORS have filed with this Court a Request that redacted documents replace previously filed unredacted documents, pursuant to Federal Rule of Civil Procedure, Rule 5.2. The documents subject to Defendants' request are contained

1

Proposed Order
#2:17-cv-00519-JAM-DMC

LAW OFFICE OF
JAMES A. WYATT
P. O. BOX 992338
REDDING, CA 96099-2338
(530) 244-6060

in **Document No. 13**, Defendants' Motion for Summary Judgment, filed in the above-referenced case on December 17, 2018, and identified as follows:

1. Defendants' Points and Authorities In Support of Motion for Summary Judgment **(Document 13-1)**;
2. Defendants' Separate Statement of Undisputed Material Facts In Support of Defendants' Motion for Summary Judgment **(Document 13-2)**; and
3. Declaration of James A. Wyatt In Support of Defendants' Motion for Summary Judgment (new Exhibit 6) **(Document 13-3)**.

The Request is made because the above-referenced documents were submitted in error in violation of F.R.C.P. Rule 5.2, and Easter District Local Rules 140 and 141, in that Defendants inadvertently allowed reference in the above-described documents to a minor by use of his first name and plaintiff's social security number and full date of birth, each a violation of Rule 5.2.

Accordingly, IT IS HEREBY ORDERED AS FOLLOWS:

The Office of the Clerk of this Court is hereby directed to replace the below described previously filed unredacted documents with the redacted versions of the same documents which were submitted by Defendants on December 20, 2018:

1. Defendants' Points and Authorities In Support of Motion for Summary Judgment **(Document 13-1)**;

LAW OFFICE OF
JAMES A. WYATT
P. O. BOX 992338
REDDING, CA 96099-2338
(530) 244-6060

2. Defendants' Separate Statement of Undisputed Material Facts In Support of Defendants' Motion for Summary Judgment **(Document 13-2)**; and

3. Declaration of James A. Wyatt In Support of Defendants' Motion for Summary Judgment **(Document No. 13-3)**.

DATED: December 27, 2018

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

LAW OFFICE OF
JAMES A. WYATT
P. O. BOX 992338
REDDING, CA 96099-2338
(530) 244-6060